No. 83–997.   TRANS WORLD AIRLINES, INC. *v.* THURSTON ET AL.   C. A. 2d Cir.   Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 83–671.   KATTAN-KASSIN *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 83–722.   MEYER *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 83–734.   BAYOU DES FAMILLES DEVELOPMENT CORP. *v.* UNITED STATES CORPS OF ENGINEERS ET AL.   C. A. 5th Cir. Certiorari denied.

No. 83–772.   SNOWSHOE CO. *v.* KRUSE ET AL.   C. A. 4th Cir. Certiorari denied.

No. 83–845.   ILLINOIS *v.* POLOVCHAK ET UX.; and
No. 83–5951.   POLOVCHAK ET AL. *v.* POLOVCHAK ET AL.   Sup. Ct. Ill.   Certiorari denied.

No. 83–863.   MID-AMERICA TELEVISION CO. ET AL. *v.* STATE TAX COMMISSION OF MISSOURI ET AL.; and WELLS ALUMINUM, INC. *v.* ADMINISTRATIVE HEARING COMMISSION.   Sup. Ct. Mo. Certiorari denied.

No. 83–867.   EAST CHICAGO REHABILITATION CENTER, INC. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 83–879.   GRACE *v.* UNITED STATES PUBLIC HEALTH SERVICE ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 83–900.   JONES *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 83–948.   CONNOLLY *v.* UNITED STATES.   C. A. Fed. Cir. Certiorari denied.